No. 72-1355. UNITED STATES *v.* MATLOCK. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma*

918

*pauperis* and certiorari granted. 